**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01456-CV

### IN THE INTEREST OF T.J.S., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-00553**

## ORDER

We **GRANT** appellant's August 15, 2016 second motion for an extension of time to file a brief and extend the time to **SEPTEMBER 14, 2016**. No further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE